UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIUS JONATHAN ROBINSON,

    Plaintiff,

v.                                                        Case No. 8:08-CV-1672-T-27EAJ

POLK COUNTY, FLORIDA, et al.,

    Defendants.
_____/

## ORDER

THIS cause came before the Court pursuant to a civil rights complaint filed by Plaintiff pursuant to 42 U.S.C. § 1983 (Dkt. 1). On December 16, 2008, Plaintiff's complaint was dismissed without prejudice to Plaintiff filing an amended complaint within thirty days (Dkt. 5). Plaintiff was warned that failure to comply with the Court's Order to file an amended complaint within the allotted time would result in dismissal of this matter without further notice. The Order was apparently delivered to Plaintiff because it has not been returned as undelivered. Plaintiff has not responded to said Order or filed an amended complaint.

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED** for failure to comply with the Court's December 16, 2008 Order, and for failure to prosecute.

2. The Clerk shall terminate any pending motions and close this case.

**DONE and ORDERED** in Tampa, Florida, on this 17th day of June, 2009.

                                                         JAMES D. WHITTEMORE
                                                         United States District Judge

Copy to: *Pro Se* Plaintiff